IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. No. 3:05-0946-MBS |
| | ) | |
| v. | ) | |
| | ) | |
| Joseph Cecil Gainey, | ) | **OPINION AND ORDER** |
| a/k/a "Tear Drop," | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  This matter is before the court on Defendant Joseph Cecil Gainey's motions to correct sentence under 28 U.S.C. § 2255, which motions were filed on March 21, 2016 and May 17, 2016. Defendant argues that in light of the Supreme Court's holdings in <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015), and <u>Welch v. United States</u>, 163 S. Ct. 1257 (2016), he no longer qualifies as an armed career offender and his sentence should be vacated. On June 6, 2016, the government filed a response agreeing that Defendant should be resentenced without the armed career criminal enhancement.

  The court **grants** Defendant's motions for relief under 28 U.S.C. § 2255. ECF Nos. 72, 73. The judgment order in the within action entered June 20, 2006, is **vacated**, and this matter is set for resentencing on Monday, June 27, 2015. A notice of hearing will be issued separately.

  **IT IS SO ORDERED**.

               /s/ Margaret B. Seymour
               Senior United States District Judge

Columbia, South Carolina

June 8, 2016